

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-23-00843-CV

Dana **BARBOUR** and all occupants,
Appellant

v.

**AMNL ASSET COMPANY 2, LLC**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2023-CV-04403
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Patricia O. Alvarez, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: February 7, 2024

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due to be filed by December 8, 2023; however, neither the brief nor a motion for extension of time was filed. Therefore, on January 10, 2024, this court ordered appellant to file, no later than January 22, 2024, her brief and a written response reasonably explaining: (1) her failure to timely file a brief, and (2) why appellee is not significantly injured by appellant's failure to timely file a brief. Our order cautioned appellant that if she failed to timely file a brief and the written response by January 22, 2024, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary

dismissal if appellant fails to comply with court order). Appellant did not respond to our January 10th order. We dismiss this appeal for want of prosecution.

PER CURIAM